**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 2:25-CR-0021-JRG-RSP-1 |
| | § | |
| THOMAS LANGFORD | § | |

**FINDINGS OF FACT AND RECOMMENDATION ON GUILTY PLEA**
**BEFORE THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636(b), this matter has been referred by the District Court for administration of a plea of guilty under Rule 11 of the Federal Rules of Criminal Procedure.

On September 28, 2026, this cause came before the undersigned United States Magistrate Judge for a plea of guilty to the Indictment charging the defendant in Count 1 with a violation of 18 U.S.C. § 371 (Conspiracy to Injure a Means of Communication Intended for Civil Defense Functions). After conducting said proceeding in the form and manner prescribed by FED. R. CRIM. P. 11, the undersigned finds that:

a. the defendant, after consultation with counsel of record, has knowingly and voluntarily consented to the administration of the Guilty Plea in this cause by a United States Magistrate Judge, subject to a final acceptance and imposition of sentence by the District Judge;

b. the defendant and the government have entered into a plea agreement which has been filed and disclosed in open court pursuant to FED. R. CRIM. P. 11(c)(2);

c. the defendant is fully competent and capable of entering an informed plea, that the defendant is aware of the nature of the charges, the maximum penalties, and the consequences of the plea, and that the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense; and

d. the defendant understands each of the constitutional and statutory rights enumerated in Rule 11(b)and wishes to waive these rights, including the right to a trial by jury.

IT IS THEREFORE RECOMMENDED that the District Court accept the Plea Agreement and the Guilty Plea of the defendant and that **Thomas Langford** should be finally adjudged guilty of that offense.

The defendant waived the right to object to the findings of the Magistrate Judge in this matter, and the government also waived its right to object, so the Court will present this report and recommendation to the District Judge for adoption immediately upon issuance.

**SIGNED this 30th day of September, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE